IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV433

| | |
|---|---|
| Alicia Church f/k/a Alicia Reep,<br><br>                                     Plaintiff,<br><br>v.<br><br>Louis F. Harrelson, Inc., Harrelson Nissan, Inc.<br>Harrelson Toyota, and Harrelson Ford, Inc.<br>                                     Defendant. | **ORDER GRANTING<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

      **THIS MATTER** is before the Court upon the motion of Defendants to allow H. Clayton Walker, Jr. And Robert L. Reibold to appear *Pro Hac Vice*, filed November 7, 2005.

      Upon careful review and consideration, this Court will grant the Defendants' Applications.

      In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Walker and Mr. Reibold are ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the date of this Order.

      **IT IS SO ORDERED.**

**Signed: November 14, 2005**

Graham C. Mullen
Chief United States District Judge