UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-433

| | |
|---|---|
| ALICIA CHURCH f/k/a ALICIA REEP, ) ) ) Plaintiff, ) ) v. ) ) LOUIS F. HARRELSON, INC., ) HARRELSON NISSAN, INC., ) HARRELSON TOYOTA, AND ) HARRELSON FORD, INC., ) ) _____ Defendants. ) ) | **ORDER** |

Pursuant to the Court's oral orders, it is hereby ordered that Plaintiff's Motion to Compel is granted to the extent that Plaintiff can copy any information entered before or during 2003 on Defendants' hard drives. Any data entered after 2003 that is recovered during this process shall be destroyed.

Plaintiff can have as much time as needed for the copying process. Defendant can make a copy of the information Plaintiff finds and determine if any of that information is privileged.

As this time, the Court will not order sanctions because defense counsel was acting on misinformation from Defendants.

Signed: October 27, 2006

IT IS SO ORDERED.

Graham C. Mullen
United States District Judge